

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**QIANA SMITH-WILLIAMS**
Senior Counsel
qwilliam@law.nyc.gov
Phone: (212) 356-2360
Fax: (212) 788-9776

October 16, 2015

**BY ECF**
Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Ying Li v. City of New York, et al.
      15-CV-1599 (PKC)(MDG)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense in the above-referenced matter. Enclosed please find a duly executed Attorney's Eyes Only Stipulation and Protective Order for endorsement and filing by the Court. Thank you for your consideration herein.

Respectfully submitted,

/s/

Qiana Smith-Williams
Senior Counsel

Encl.

cc:   By ECF
      Ameer Benno, Esq.
      Corey Lee, Esq.
      Poupa Jenny Marashi, Esq.
      *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

YING LI,

                                 Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                              Defendants.

**STIPULATION AND PROTECTIVE ORDER FOR ATTORNEY'S EYES ONLY**

15-CV-1599 (PKC)(MDG)

------------------------------------------------------------------- x

        **WHEREAS**, the Court has ordered that defendant City of New York provide to plaintiff a last-known address for individually named defendant Detective David Moser ("Moser"), a former detective with the New York City Police Department;

        **WHEREAS**, defendant City believes that Moser's last-known address is information of a personal nature, the disclosure of which may pose some risk to Moser; and

        **WHEREAS**, such information is of a confidential and sensitive nature and implicates the privacy and security interests of Mr. Moser; and

        **WHEREAS**, disclosure of such information should be for **ATTORNEYS' EYES ONLY**, and should be disseminated <u>only</u> to plaintiff's counsel; and

        **WHEREAS**, defendant City objects to the disclosure of this information except on the following grounds;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiff and defendant City, as follows:



1. As used herein, "Confidential Materials – Attorneys' Eyes Only" shall refer to the last-known address of Moser, as well as any other personal information of Moser in the possession, custody, or control of defendant City of New York.

2. Plaintiff's attorneys <u>shall not</u> disclose the "Confidential Materials – Attorneys' Eyes Only" to any member of their law office staff, except to a process server solely for the purpose of effecting service in this matter.

3. Plaintiff's attorney <u>shall not</u> disclose the "Confidential Materials – Attorneys' Eyes Only" to plaintiff.

Dated: New York, New York
September 25, 2015

| | |
|---|---|
| COREY T. LEE, ESQ. | ZACHARY W. CARTER |
| POUPA JENNY MARASHI, ESQ. | Corporation Counsel of |
| AMEER BENNO, ESQ. | the City of New York |
| *Attorneys for Plaintiff* | *Attorney for Defendant City of New York* |
| By: _____ | By: _____ |
| Corey T. Lee, Esq. | Qiana Smith-Williams |
| Poupa Jenny Marashi, Esq. | Senior Counsel |
| Ameer Benno, Esq. | |

SO ORDERED:

_____
HONORABLE MARILYN D. GO
United States Magistrate Judge

2