Poupa Jenny Marashi, Esq.
930 Grand Concourse, #1E
Bronx, NY 10451
TEL: (917) 703-1742
FAX: (718) 585-3400
marashi.legal@gmail.com

VIA ECF

May 13, 2016

The Honorable Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Ying Li v. City of New York, et. al.  15-CV-01599 (PKC) (MDG)

Dear Judge Chen,

Co-Counsel and I represent the Plaintiff in the above referenced action.  Pursuant to the January 7, 2016 pre-motion conference we are submitting this letter as requested giving the Court notice that we have served our respective motions.  Both of Plaintiff's Memorandums of Law in Opposition to both the City Defendants and Hospital Defendants, Motions to Dismiss have been served on Defendant City and Defendant Hospital.

                                                  Respectfully Submitted,
                                                            /s/
                                                    P. Jenny Marashi

cc:  BY ECF
     All Parties