# C.T. LEE & ASSOCIATES
ATTORNEYS AT LAW

225 Broadway, Suite 3005
New York, NY 10007
T. 212-566-5509 F. 888-251-9306
coreyleelaw@coreyleelaw.com

June 15, 2018

**BY ECF**
The Honorable Cheryl J. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    **Ying Li v. City of New York et. al.**
                  Civil Action No.    15 CV 1599 (PKC) (CLP)

Dear Judge Pollak:

I am co-counsel for the plaintiff Ying Li. Pursuant to the Endorsed Letter Order on June 1, 2018 extending identification of experts by the Plaintiff until today June 15th, Plaintiff identifies the following experts:

1. Dr. Michael Baden, forensic pathologist
2. Dr. Charles Wetli, forensic pathologist
3. Dr. Saadi Ghatan, pediatric neurosurgeon
4. Dr. Jeffrey Wisoff, pediatric neurosurgeon
5. Dr. Daniel Adler, pediatric neurologist

Plaintiff's expert reports will be exchanged on July 13, 2018 in accordance to the same endorsed letter order from June 1, 2018.

Sincerely,

_____/s/_____
Corey Lee
Attorneys for plaintiff